## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Carla Brambila v. Bayer Corporation* | No. 10-cv-13275-DRH |
| *Holly Lippe et al  v. Bayer Corporation* | No. 11-cv-12583-DRH |
| *Patricia Maisenbacher et al v. Bayer Corporation* | No. 09-cv-10235-DRH |
| *Jennifer Rubio et al v. Bayer Corporation* | No. 10-cv-11228-DRH |
| *April M. Stanley v. Bayer Corporation* | No. 11-cv-11727-DRH |
| *Kristen Vaughn et al v. Bayer Corporation* | No. 10-cv-11812-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on September 9, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.


                                        **JUSTINE FLANAGAN,**
                                        **ACTING CLERK OF COURT**

Digitally signed **BY**   **/s/ Caitlin Fischer**
by David R.
Herndon                              **Deputy Clerk**
Date:
2014.09.12
15:17:58 -05'00'

**APPROVED:**
            **CHIEF JUDGE**
            **U. S. DISTRICT COURT**